FILED 09 JUN '20 17:52 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00187-HZ |
| v. | INDICTMENT |
| JAMES WALLACE COCHRAN, III, | 18 U.S.C. § 2250(a) |
| Defendant. | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Failure to Register as a Sex Offender)
(18 U.S.C. § 2250(a))

From in or about May 2019 until in or about February 2020, in the District of Oregon and elsewhere, defendant **JAMES WALLACE COCHRAN, III**, a person who is required to register under the Sex Offender Registration and Notification Act as a result of a January 8, 2003 conviction for Sexual Abuse in the First Degree (Oregon Revised Statutes § 163.427), in Marion County, Oregon Circuit Court, Case Number 02C-41113, traveled in interstate commerce from

the State of Oregon to the State of Washington, and thereafter knowingly failed to either register or update a registration as required by the Sex Offender Registration and Notification Act;

In violation of Title 18, United States Code, Section 2250(a).

Dated: June 9, 2020.                                          A TRUE BILL.

_____
OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

_____
THOMAS S. RATCLIFFE, ILSB #6243708
Assistant United States Attorney